# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130943-4(81)

CHARLENE BETH LEZELL,
      Plaintiff-Appellant,

v

                                      SC: 130943-4
                                      COA: 256415; 257384

HILLER, INC., and ORCHARD MALL, LLC,
      Defendants-Appellees.
                                      Oakland CC: 2003-047347-NO

_____/

      On order of the Court, the motion for reconsideration of this Court's September 20, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007
_____
                                                  Clerk

d0122